IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

JOSEPH LOMASCOLO on behalf of himself and )
all others similarly situated, )
)
    Plaintiffs, )
)
v. )
) Case No.: 1:08-cv-1310 (AJT)(JFA)
ALLTECH, INC., et al., )
)
    Defendants. )
)
)
)

## STIPULATION FOR VOLUNTARY DISMISSAL BY CERTAIN PLAINTIFFS PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff CONNIE JOSLIN CULVER hereby personally requests, by and through her attorneys of record, a voluntary dismissal of her claim pursuant to Federal Rules of Civil Procedure 41(a)(1).

Dated: 5/15/09

_____
Connie Joslin Culver

317002

Dated: May 19, 2009

By:             /s/
       Gary Mims, Esq. (VSB No. 19184)
       Steven M. Frei, Esq.
       Gobind S. Sethi, Esq.
       HALL, SICKELS, FREI & MIMS, P.C.
       12120 Sunset Hills Road, Ste. 150
       Reston, VA 20190
       Phone: (703) 925-0500
       Fax:    (703) 925-0501
       ***Local Counsel for Plaintiffs Joseph Lomascolo, et al.***

       and

By:             /s/
       Walter J. Lack (admitted pro hac vice)
       Richard P. Kinnan (admitted pro hac vice)
       ENGSTROM, LIPSCOMB & LACK
       10100 Santa Monica Blvd., 16th Flr.
       Los Angeles, CA 90067-4107
       Tel: (310) 552-3800
       Fax: (310) 552-9434
       ***Counsel for Plaintiffs Joseph Lomascolo, et al.***

       and

Karl A. Gerber
EMPLOYMENT LAWYER'S GROUP
13418 Ventura Blvd.
Sherman Oaks, CA 91423
Tel: (818) 783-7300
Fax: (818) 995-7159
***Counsel for Plaintiffs Joseph Lomascolo, et al.***

Dated: May 19, 2009

By:             /s/
       Theresa Burke Wright (VSB No. 20770)
       Andrew S. Cabana (VSB No. 48151)
       Kara M. Ariail (VSB No. 46817)
       JACKSON LEWIS LLP
       10701 Parkridge Blvd., Ste. 300
       Reston, VA 20191

317002

Tel: (703) 483-8300
Fax: (703) 483-8301
*Local Counsel for Defendants, Parsons Brinckerhoff, Inc. and Alltech, Inc*.

and

Paul J. Siegel (admitted pro hac vice)
Wendy J. Melik, Esq. (admitted pro hac vice)
JACKSON LEWIS LLP
58 South Service Road, Ste. 410
Mellville, NY 11747
Tel: 631-247-0404
*Counsel for Defendants, Parsons Brinckerhoff, Inc. and Alltech, Inc*.

SO ORDERED:

_____
The Honorable Anthony J. Trenga,
United States District Judge

# CERTIFICATE OF SERVICE

I certify that on May 19, 2009 I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system who will send a notification of such filing (NEF) to the following:

Andrew S. Cabana, Esq.
Kara Marie Ariail, Esq.
Teresa Burke Wright, Esq.
Paul J. Siegel, Esq.
Wendy J. Melik, Esq.
Paul DeCamp, Esq.
JACKSON LEWIS LLP
10701 Parkridge Blvd., Ste. 300
Reston, VA  20191
Tel: (703) 483-8300
Fax: (703) 483-8301
*Local Counsel for Defendants, Parsons Brinckerhoff, Inc. and Alltech, Inc.*


Walter J. Lack
Richard P. Kinnan
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, CA 90067-4107
Tel:  (310) 552-3800

Karl A. Gerber
Danz & Gerber
13418 Ventura Blvd.
Sherman Oaks, CA 91423
Tel: (818) 783-7300
*Counsel for Plaintiffs Joseph Lomascolo, et al.*

                                              /s/
                                    Gary Mims, Esq. (VSB No. 19184)
                                    Steven M. Frei, Esq.
                                    Gobind S. Sethi, Esq.
                                    HALL, SICKELS, FREI & MIMS, P.C.
                                    12120 Sunset Hills Road, Ste. 150
                                    Reston, VA 20190
                                    Phone: (703) 925-0500
                                    Fax:    (703) 925-0501
                                    *Local Counsel for Plaintiffs Joseph Lomascolo, et al.*