# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JOSEPH LOMASCOLO, *et al.* <br><br>　　　　　Plaintiffs, <br>　v. <br><br>ALLTECH, INC., *et al.* <br><br>　　　　　Defendants. | Case No.: 1:08-cv-1310-AJT-JFA |

## CONSENT MOTION FOR AN EXTENSION OF TIME

On July 21, 2009, the Court Ordered the Parties to submit supplemental memoranda of law on three discrete issues by no later than Wednesday, July 29, 2009 (Doc. No. 223) in preparation for a hearing scheduled for Friday, August 7, 2009. By Joint Amended Notice of Hearing, the parties requested that all pending matters be heard on Friday, September 4, 2009. (Doc. No. 225).[1] On July 24, 2009, the parties conferred regarding this request for an extension of time and Plaintiff's counsel indicated his consent to this request.

Accordingly, Defendants *PARSONS BRINCKERHOFF INC., and ALLTECH, INC.* respectfully request the extension of the deadline for the parties to submit supplemental memoranda until on or before Wednesday, August 26, 2009.

A proposed Order is attached.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**JACKSON LEWIS LLP**

　　　　　　　　　　　　　　　　　　　　By:　　/s/　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Theresa Burke Wright, (VSB No. 30770)
　　　　　　　　　　　　　　　　　　　　Andrew S. Cabana, (VSB No. 48151)
　　　　　　　　　　　　　　　　　　　　Kara M. Ariail (VSB No. 46817)
	　　　　　　　　　　　　　　　　　　10701 Parkridge Boulevard, Suite 300
　　　　　　　　　　　　　　　　　　　　Reston, VA 20191

---

[1] On July 24, 2009, the hearing on Plaintiff's Amended Motion Requesting Voluntary Dismissal by Certain Plaintiffs (Doc. No. 214) was re-scheduled for Friday, September 4, 2009, at 10:00 a.m.

1

(703) 483-8300 – Telephone
(703) 483-8301 – Facsimile
cabanaa@jacksonlewis.com
wrightt@jacksonlewis.com
ariailk@jacksonlewis.com
*Attorneys for Defendants*
*PARSONS BRINCKERHOFF INC., and ALLTECH, INC.*

-and-

By:    /s/
Paul J. Siegel (admitted *pro hac vice*)
Wendy J. Mellk (admitted *pro hac vice*)
Jackson Lewis LLP
58 South Service Road, Suite 410
Melville, NY  11747
(631) 247-0404 – Telephone
(631) 247-0417 – Facsimile
siegelp@jacksonlewis.com
mellkw@jacksonlewis.com

*Attorneys for Defendants*
*PARSONS BRINCKERHOFF INC., and ALLTECH, INC.*

## CERTIFICATE OF SERVICE

I hereby certify on July 24, 2009, a copy of the foregoing *Consent Motion For Extension of Time* was filed with the Court by electronic means; and the parties and the Court were served consistently with the instructions therein.

By: /s/
Andrew S. Cabana, (VSB No. 48151)
**JACKSON LEWIS LLP**
10701 Parkridge Boulevard
Suite 300
Reston, VA 20191
(703) 483-8300 – Telephone
(703) 483-8301 – Facsimile
cabanaa@jacksonlewis.com
*Attorney for Defendants*
*PARSONS BRINCKERHOFF INC., and*
*ALLTECH, INC.*