UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JOSEPH LOMASCOLO, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> ALLTECH, INC., *et al.* <br><br> Defendants. | Case No.: 1:08-cv-1310-AJT-JFA |

## ORDER

Before the Court is *PARSONS BRINCKERHOFF INC.'s and ALLTECH, INC.'s Consent Motion* (Doc. No. 226) *For Extension of Time* for the parties to file Supplemental Memoranda of Law in this matter.

For good cause shown the motion is GRANTED.

ORDERED the parties shall each file their supplemental memoranda on or before Wednesday, August 26, 2009.

July 27, 2009
Date

/s/
Anthony J. Trenga
United States District Judge